LEROY POWERS, ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF MARY CATHERINE POWERS, DECEASED, APPELLANT, v. STANDARD OIL COMPANY AND FRED STAUB, RESPONDENTS.

Submitted March 26. 1923—Decided May 10, 1923.

On appeal from the Supreme Court, whose opinion is reported *ante p.* 730.

For the appellant. *Kalisch & Kalisch.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, VAN BUSKIRK, JJ. 12.

*For reversal*—None.